IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| DAN BATES, et al., | ) | |
| | ) | Case No. 1:17-cv-02108-JG |
| Plaintiffs, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| v. | ) | |
| | ) | ATTORNEY'S FEE ITEMIZATION |
| CHARTER COMMUNCIATIONS, LLC, | ) | OF COUNTER-CLAIMANT |
| | ) | |
| Defendant. | ) | |

COMES NOW, Defendant and Counter-Claimant Charter Communications, LLC ("Charter") and, pursuant to the Court's Case Management Conference Scheduling Order (Dkt. #9), provides the following preliminary estimate of the amount of fees and expenses presently anticipated to be the subject of its claims:

| ATTORNEY'S FEES | | COSTS | |
|---|---|---|---|
| Preliminary Investigation and Filing Complaint | $10,000 | Depositions | $15,000 |
| Procedural Motions Practice | $15,000 | Experts | $------- |
| Discovery | $50,000 | Witness Fees | $500 |
| Dispositive Motions Practice | $40,000 | Other | $10,000 |
| Settlement Negotiations | $10,000 | | |
| Trial | $75,000 | | |
| **TOTAL FEES** | **$200,000** | **TOTAL COSTS** | **$25,500** |

Respectfully submitted,

**THOMPSON COBURN LLP**


By: */s/ R. Nelson Williams*
    Laura M. Jordan, admitted *pro hac vice*
    R. Nelson Williams, admitted *pro hac vice*
    One US Bank Plaza, Suite 2700
    St. Louis, MO 63101
    Telephone: 314.552.6469
    Facsimile: 314.552.7000
    ljordan@thompsoncoburn.com
    rwilliams@thompsoncoburn.com

*Attorneys for Defendants*

**ICE MILLER, LLP**
By:   James E. Davidson (0024534)
     Catherine L. Strauss (0072980)
     250 West Street
     Columbus, OH 43215
     Telephone: 614.462.2700
     Facsimile: 614.462.5135
     james.davidson@icemiller.com
     catherine.strauss@icemiller.com

Dated: November 29, 2017     *Attorneys for Defendants*