MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 11/29/17 |
| Judge: | James S. Gwin |
| Case No.: | 1:17CV02108 |
| Court Reporter: | None |

DAN BATES, ET AL, )
)
    Plaintiffs, )
)
vs. )
)
CHARTER COMMUNICATIONS, )
LLC, )
)
    Defendant. )

MATTERS CONSIDERED: Case management conference held.

TOTAL TIME: 1 hr. 12 min.                 *s/ Melanie Dresch*
                                                        Courtroom Deputy Clerk